UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOELENE RODRIGUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>EL CENTRO DE LA RAZA, JOSE MARTI CHILD DEVELOPMENT CENTER, and DOES 1-25,<br><br>                Defendants. | NO. 2:25-CV-01415-JNW<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT |

Defendants EL CENTRO DE LA RAZA and JOSE MARTI CHILD DEVELOPMENT CENTER ("Defendants") answer Plaintiff's Complaint as follows:

## I.    PARTIES

1. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 1 and therefore denies the same.

2. Admit.

3. This paragraph does not contain any factual allegations against the answering defendant and therefore a response is not required. To the extent a response is required, this paragraph is denied.

//

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 1

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

## II. JURISDICTION AND VENUE

4. Defendant admits subject matter jurisdiction under 28 U.S.C. §1331. To the extent that paragraph 4 contains any facts asserted in an attempt to state a claim against the answering defendant, such facts are denied. The answering defendant denies that this court has personal jurisdiction.

5. Answering defendant admits that this Court is the proper venue to bring this action. To the extent that this paragraph contains any facts asserted in an attempt to state a claim against the answer defendant, such facts are denied.

## III. FACTUAL ALLEGATIONS

6. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 6 and therefore denies the same.

7. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 7 and therefore denies the same.

8. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 8 and therefore denies the same.

9. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 9 and therefore denies the same.

10. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 10 and therefore denies the same.

11. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 11 and therefore denies the same.

12. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 12 and therefore denies the same.

13. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 13 and therefore denies the same.

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

14. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 14 and therefore denies the same.
15. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 15 and therefore denies the same.
16. Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 16 and therefore denies the same.
17. Denied.
18. Denied.

### IV. CLAIMS FOR RELIEF

19. This paragraph contains legal conclusions to which no response is necessary. To the extent a response is deemed to be required, deny.
20. This paragraph contains legal conclusions to which no response is necessary. To the extent a response is deemed to be required, deny.
21. This paragraph contains legal conclusions to which no response is necessary. To the extent a response is deemed to be required, deny.

### V. PRAYER FOR RELIEF

Plaintiff's Prayer for Relief contains no factual allegations and therefore no response is required. To the extent that this section is deemed to contain factual allegations against this answering Defendant, all such allegations are denied. Further, Defendant reasserts herein by reference its specific denial to all causes of action and legal theories of recovery.

### AFFIRMATIVE DEFENSES

As further answer to the Plaintiff's Complaint, and in order to preserve the right to assert affirmative defenses at trial, Defendants hereby notify the Plaintiff that they are pleading all

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

theories of defense available pursuant to law. By way of further answer, the answering defendant assert the following:

1. Answering defendant asserts all defenses stated in Fed. R. Civ. P. 12 insofar as they may be applicable, and thus, are not waived.

2. Plaintiff has failed to properly effectuate service of process.

3. Plaintiff's claim may be barred in whole or in party by the applicable statute of limitations and/or statute of repose.

4. The injuries and damages, if any, claimed by the Plaintiff were proximately caused by an unidentified third party or parties over whom the answering defendant has no control.

5. If Plaintiff has suffered any damages, recovery is barred by the failure to mitigate such damages.

6. Plaintiff's Complaint fails to state facts sufficient to state a claim upon which relief can be granted.

7. Plaintiff's claim is barred by the doctrines of waiver, laches, and/or estoppel.

8. Answering defendant is not liable for the intentional act or torts of others.

9. Plaintiff's damages, if any, must be reduced by the amount of damages attributable to the intentional conduct of others.

10. Some or all of Plaintiff's alleged damages were caused by the actions, omissions, or circumstances unrelated to any action or omission of the answering defendant.

11. Plaintiff's loss or damage, if any, was caused by an intervening and superseding cause for which the answering defendant is not responsible.

12. Answering defendant alleges that at no time or place set forth in the Complaint did any third person alleged to be at fault operate as the agent or employee of the answering defendant, and therefore the answering defendant cannot be held vicariously liable for their acts. Should any third party be deemed to have any affiliation with the answering defendant, then such third party was independently responsible for their own actions. The answering defendant asserts no vicarious or other liability for acts or omissions of third parties.

The answering defendant reserves the right to amend this Answer, and to assert additional affirmative defenses, third-party claims, counterclaims, and cross-claims as discovery in this matter is conducted, as well as the right to assert additional claims or actions against other parties, whether in this lawsuit or not as the facts develop.

The answering defendant asserts the above affirmative defenses in order to preserve the right to assert these matters at trial. Upon completion of discovery, and based upon the facts learned during discovery and investigation, the Defendants may withdraw any of these affirmative defenses as may be appropriate.

## PRAYER FOR RELIEF

Having fully answered the Complaint, Defendants pray for the following relief:

1. That Plaintiff take nothing hereby;
2. That Plaintiff's Complaint be dismissed with prejudice;
3. That costs and attorneys' fees be awarded to Defendant; and,

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 5

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

4. Defendant further prays for any other relief deemed just and appropriate by the Court.

DATED this 19th day of November, 2025.

        FAIN ANDERSON VANDERHOEF
        ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: *[signature]*
    Eron Z. Cannon, WSBA #42706
    3131 Elliott Avenue, Suite 300
    Seattle, WA 98121
    p. 206-749-0094
    eron@favros.com

By: *[signature: Michelle Hyer]*
    Michelle L. Hyer, WSBA #32724
    3131 Elliott Avenue, Suite 300
    Seattle, WA 98121
    p. 206-749-0094
    michelleh@favros.com

    Attorneys for Defendants El Centro De La Raza, Jose Marti Child Development Center

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 6

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

Signed at Seattle, Washington this 19th day of November, 2025.

*/s/ Chloe Lynch*
Chloe Lynch, *Legal Assistant*

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 7

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194