Eron Z. Cannon, WSBA #42706
Michelle L. Hyer, WSBA #32724
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094
eron@favros.com
michelleh@favros.com

The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOELENE RODRIGUEZ,<br><br>    Plaintiff Pro Se,<br><br> v.<br><br>El CENTRO DE LA RAZA, et. al.,<br><br>    Defendants. | NO. 2:25-cv-01415-JNW<br><br>MOTION TO SHOW CAUSE REGARDING JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>NOTING DATE: DECEMBER 15, 2025 |

  To the best of defendants' knowledge, Plaintiff Joelene Rodriguez was arrested on or about October 30, 2025, for the murder of her son. The alleged victim is believed to be the same child that is the subject of the underlying claims in this matter. Per news reports, the alleged homicide occurred on October 16, 2025. Prior to her arrest, the Plaintiff had communicated directly with the defendant via the email attached heretofore as *Exhibit A*.

  The undersigned counsel has attempted to contact the Plaintiff using the email address that the above email was sent from. Undersigned also mailed a copy of the defendant's Answer to the address of record for Plaintiff. According to news reports and King County Superior Court #25-1-03384-4 filings, Plaintiff's release was conditioned on $5,000,000 bail. Defendant is unaware of Plaintiff's current whereabouts but is unable to confer with Plaintiff in preparation of

MOTION TO SHOW CAUSE REGARDING JOINT
STATUS REPORT AND DISCOVERY PLAN - 1

(CASE NO. 2:25-CV-01415-JNW)

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094・f. 206-749-0194

this joint status report. Likewise, the defense is unable to serve discovery requests on Plaintiff, confer with her, gather the necessary information to complete the joint status report, or ascertain whether Plaintiff wants to proceed with this lawsuit.

DATED this 24th day of November, 2025.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: _____
Eron Z. Cannon, WSBA #42706
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094
eron@favros.com

By: _____
Michelle L. Hyer, WSBA #32724
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094
michelleh@favros.com

Attorneys for Defendants El Centro De La Raza, Jose Marti Child Development Center

MOTION TO SHOW CAUSE REGARDING JOINT STATUS REPORT AND DISCOVERY PLAN - 2
(CASE NO. 2:25-CV-01415-JNW)

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the *Motion to Show Cause Regarding Joint Status Report and Discovery Plan* was forwarded for service upon counsel of record as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Joelene Rodriguez<br>4414 143RD ST SW<br>Lynnwood, WA 98087<br>tigerfly.jr@gmail.com; protectjj2025@gmail.com | ☒ Regular U.S. Mail<br>☐ Facsimile (206) 386-5130<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |

Signed at Seattle, Washington this 24th day of November, 2025.

*/s/ Chloe Lynch*
Chloe Lynch, *Legal Assistant*

---

MOTION TO SHOW CAUSE REGARDING JOINT STATUS REPORT AND DISCOVERY PLAN - 3

(CASE NO. 2:25-CV-01415-JNW)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194