# EXHIBIT A

From: Joelene Rodriguez <tigerfly.jr@gmail.com>
Sent: Thursday, August 7, 2025 2:43 PM
To: Estela Ortega <eortega@elcentrodelaraza.org>; Hilda Magana <hmagana@elcentrodelaraza.org>; Miguel Maestas <mmaestas@elcentrodelaraza.org>
Cc: Savannah Wallace <savannahw@atlanticstreet.org>
Subject: Attn: Estela Ortega - Stepping Away

Dear El Centro,

At this time, I've decided to let everything go and step away from all of it. I no longer wish to be involved in any further conversations or actions regarding past events.

For my own well-being and my family's peace, I need to move forward and put this entire chapter behind me. I'd appreciate it if this decision could be respected fully, with no further outreach or follow-up.

I hope we can all go our separate ways and simply forget any of this ever happened.

Thank you,
Joelene Rodriguez