UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE RODRIGUEZ, | CASE NO. 2:25-cv-01415-JNW |
| Plaintiff, | ORDER |
| v. | |
| EL CENTRO DE LA RAZA, JOSE MARTI CHILD DEVELOPMENT CENTER, DOES 1-25, | |
| Defendants. | |

Defendants' motion for order to show cause comes before the Court. Dkt. No. 10. On August 7, 2025, it appears Plaintiff Jolene Rodriguez sent an email to several of Defendant El Centro De La Raza employees, stating vaguely that she "no longer wish[ed] to be involved in any further conversations or actions regarding past events," and that she wanted to "move forward." Dkt. No. 10-1 at 2. Defendants allege that on October 30, 2025, Rodriguez was arrested for the alleged murder of her son. Defendants state that, as a result, they are "unable to serve discovery requests on Plaintiff, confer with her, gather the necessary information to complete

ORDER - 1

the joint status report, or ascertain whether Plaintiff wants to proceed with this lawsuit." Dkt. No. 10 at 2.

Accordingly, the Court ORDERS Rodriguez to notify the Court whether she wants to continue with this litigation by December 16, 2025. Failure to respond will result in dismissal without prejudice.

Dated this 25th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2