The Honorable Jamal N. Whitehead

Eron Z. Cannon, WSBA #42706
Michelle L. Hyer, WSBA #32724
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094
eron@favros.com
michelleh@favros.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOELENE RODRIGUEZ,<br><br>               Plaintiff,<br><br>    v.<br><br>EL CENTRO DE LA RAZA, JOSE MARTI<br>CHILD DEVELOPMENT CENTER, and<br>DOES 1-25,<br><br>               Defendants. | NO. 2:25-CV-01415-JNW<br><br>ORDER OF DISMISSAL WITHOUT<br>PREJUDICE<br><br>NOTING DATE: February 11, 2026<br><br>***Clerk's Action Required*** |

THIS MATTER having come before the Court on its Order to Show Cause dated

November 25, 2025, and having considered the following:

    1.    Defendant's Motion to Dismiss;

    2.    Response, if any;

    3.    Reply, if any;

    4.    _____

               _____

               _____

ORDER OF DISMISSAL WITHOUT PREJUDICE
- 1

**ORDER**

AND THE COURT having reviewed the authorities stated in the pleadings, and having reviewed and considered the court file, it is now hereby ORDERED as follows:

1.    The above-titled action is hereby dismissed without prejudice.

SIGNED this 10th day of March, 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD

*Presented by:*

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC

By:_____
Michelle L. Hyer, WSBA #32724
Eron Z. Cannon, WSBA #42706
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094
eron@favros.com
michelleh@favros.com

Counsel for Defendant El Centro De La Raza,
Jose Marti Child Development Center

ORDER OF DISMISSAL WITHOUT PREJUDICE
- 2